UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 25-06824-CBM-PD                    Date: March 17, 2026

Title:    Miltita Casillas v. Six Flags Entertainment Corporation

Present:  The Honorable:   Consuelo B. Marshall, United States District Judge

|  V.R. Vallery  |  Not Present  |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS)**

   In light of the Joint Stipulation for Dismissal of Entire Action (Doc. No. 29), Defendant's Motion for Certification of Order for Interlocutory Appeal and for Stay of Proceedings (Doc. No. 23) is denied as moot.

|  | 00: 00 |
|:---:|:---:|
| **Initials of Preparer** | VRV |

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 1