KIMBERLY A. KLINSPORT, CA Bar No. 259018
  kklinsport@foley.com
NICHOLAS M. GROSS, CA Bar No. 285403
  ngross@foley.com
KELSEY FINN, CA Bar No. 334670
  kfinn@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone:  213.972.4500
Facsimile:   213.486.0065

ANGELICA M. LOPEZ, CA Bar No. 360138
  angelica.lopez@foley.com
**FOLEY & LARDNER LLP**
55 Spear Street, Ste. 1900
San Francisco, CA  19000
Telephone:  415.434.4484
Facsimile:   415.434.4507

Attorneys for Defendant
FuturHealth, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOGLIA NUTRITION, LLC, a California limited liability company,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>JOHN LEVAN, an individual; LUKE MAHONEY, an individual; JON HAMBIDGE, an individual; FUTURHEALTH, INC. a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>                                    Defendants.<br><br>FUTURHEALTH, INC.,<br><br>                Counterclaimant,<br><br>        vs.<br><br>GOGLIA NUTRITION, LLC,<br><br>                Counterclaim Defendant. | Case No.:  2:25-cv-08840-CAS-MAA<br><br>**DEFENDANTS' NOTICE OF ERRATA TO ECF NO. 164**<br><br>Case Filed: September 17, 2025<br><br>Judge:  Hon. Christina A. Snyder |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants FuturHealth, Inc. ("FuturHealth"), John Levan, and Luke Mahoney hereby file this Notice of Errata concerning Defendants' Post-Hearing Brief Regarding Plaintiff's Claim for Fraud in the Execution (the "Post-Hearing Brief"), ECF No. 164.

Defendants submit this Notice to correct an inadvertent citation error in the Post-Hearing Brief. Specifically, a parenthetical summarizing the cited authority was mistakenly placed in quotation marks. The parenthetical was intended as a summary of the cited authority, not as a direct quotation. The correction removes the quotation marks only and does not alter the substance of the parenthetical or Defendants' argument.

The correction is as follows:

**Page 6, line 27 through page 7, line 1 originally filed, states:**

" . . . *Edelmania Productions, LLC v. Jordan Service*, No. 2-22-cv-02484-ODW (PVCx), 2023 WL 424238, at *4 (C.D. Cal. Jan. 26, 2023) (finding inducement, not execution "because the signer knew the nature of his act even if he was misled about its significance.")."

**Page 6, line 27 through page 7, line 1, should state:**

". . . *Edelmania Productions, LLC v. Jordan Service*, No. 2-22-cv-02484-ODW (PVCx), 2023 WL 424238, at *4 (C.D. Cal. Jan. 26, 2023) (finding inducement, not execution because the signer knew the nature of his act even if he was misled about its significance)."

A corrected version of the Post-Hearing Brief is attached hereto as Exhibit A. Defendants respectfully request that the Court consider the corrected version in connection with the parties' post-hearing briefing.

Date:  June 22, 2026

**FOLEY & LARDNER LLP**
KIMBERLY A. KLINSPORT
NICHOLAS M. GROSS
KELSEY FINN
ANGELICA M. LOPEZ


By: /s/ Kelsey Finn
    Kelsey Finn
    Attorney for Defendants
    FuturHealth, Inc.

June 22, 2026

**BERGESON LLP**
DANIEL J. BERGESON
JOHN D. PERNICK
PETER SOSKIN


By: /s/ John D. Pernick
    John D. Pernick
    Attorneys for Defendants John Levan and
    Luke Mahoney

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED:  June 22, 2026

/s/ Kimberly A. Klinsport
Kimberly A. Klinsport

3